IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NEXXLINX CORPORATION, INC., | ) | CASE NO. 16- 61225-pmb |
| | ) | |
| IN RE: | ) | |
| | ) | |
| NEXXLINX GLOBAL, INC., | ) | CASE NO. 16- 61233-pmb |
| | ) | |
| IN RE: | ) | |
| | ) | |
| NEXXLINX OF NEW YORK, INC., | ) | CASE NO. 16- 61234-pmb |
| | ) | |
| IN RE: | ) | |
| | ) | |
| NEXXLINX OF TEXAS, INC., | ) | CASE NO. 16- 61236-pmb |
| | ) | |
| IN RE: | ) | |
| | ) | |
| CUSTOMERLINX OF NORTH CAROLINA, INC., and | ) | CASE NO. 16- 61229-pmb |
| | ) | |
| IN RE: | ) | |
| | ) | |
| MICRODYNE OUTSOURCING, INC. | ) | CASE NO. 16- 61231-pmb |
| | ) | |

## **MOTION FOR JOINT ADMINISTRATION**

COME NOW NexxLinx Corporation, Inc.; NexxLinx Global, Inc.; NexxLinx of New York, Inc.; NexxLinx of Texas, Inc.; CustomerLinx of North Carolina, Inc., and Microdyne Outsourcing Inc., debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Federal Rule of Bankruptcy Procedure 1015, and file this their Motion for Joint Administration of their Chapter 11 cases and respectfully show the Court as follows:

1.

Nexxlinx Corporation, Inc., ("**Nexxlinx**") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on June 28, 2016. Nexxlinx remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

2.

NexxLinx Global, Inc. ("**NGI**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 28, 2016. NGI remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

3.

NexxLinx of New York, Inc. ("**NNY**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 28, 2016. NNY remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

4.

NexxLinx of Texas, Inc. ("**NTX**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 28, 2016. NTX remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

5.

CustomerLinx of North Carolina, Inc. ("**CNC**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 28, 2016. CNC remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

6.

Microdyne Outsourcing Inc. ("**MOI**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 28, 2016. MOI remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

7.

All six (6) cases have been assigned to the Honorable Paul M. Baisier.

8.

The Debtors request that their bankruptcy cases be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates. The Debtors request that separate files be maintained for proofs of claim.

9.

The proposed style of the procedurally consolidated cases is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **NEXXLINX CORPORATION, INC., et al.,** | ) | **Jointly Administered Under** |
| | ) | **CASE NO. 16- 61225-pmb** |
| **Debtors.** | ) | |
| | ) | |

10.

The Debtors request that all pleadings, notices, orders or other papers, other than proofs of claim, for any of the Debtors be filed in a single original and entered on a single docket, under the Case Number assigned for NexxLinx.

11.

The Debtors are not aware of any administrative or scheduling orders entered in any of the cases which would require modification.

12.

The Debtors believe that creditors of the estates will not be prejudiced by joint administration of these cases, and that such administration is in the best interests of all creditors and parties in interest because it will reduce the costs of administration.

WHEREFORE, the Debtors request that for ease of administration, convenience and economy, the Court enter an order for the joint administration of these cases, and provide such other and further relief as may be just and proper.

This 28th day of June, 2016.

                                SCROGGINS & WILLIAMSON, P.C.

One Riverside  
4401 Northside Parkway                      /s/ Ashley R. Ray  
Suite 450                                          J. ROBERT WILLIAMSON  
Atlanta, Georgia 30327                 Georgia Bar No. 765214  
T: (404) 893-3880                           ASHLEY REYNOLDS RAY  
F: (404) 893-3886                           Georgia Bar No. 601559  
E: rwilliamson@swlawfirm.com      ROBERTO BAZZANI  
    aray@swlawfirm.com              Georgia Bar No. 609464  
    rbazzani@swlawfirm.com

                                            *Proposed Counsel for the Debtors*